UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INS. CO. | : | FILED |
| v. | : | CASE NO. 3:03cv604(JBA) OCT 24 AM '03 |
| TOASTMASTER INC. | : | U.S. DISTRICT COURT<br>NEW HAVEN, CONN. |

ORDER OF REFERRAL TO SPECIAL MASTERS

Pursuant to Rules 11 and 28, Rules of Civil Procedure (D.Conn.), it is hereby Ordered that the above-captioned case is referred to Special Masters **KEVIN COLES AND MICHAEL CLEAR** for the purpose of holding a settlement conference. Within 7 days of the date of this order Counsel are to advise the Special Masters, by letter with a copy to chambers, of three dates of parties joint availability. The Special Masters are asked to confer with each other and select a date for the conference. Special Masters are also asked to contact **Betty J. Torday**, Deputy Clerk, telephone: 203-773-2706, within 14 days of the date of this order, to make the necessary arrangements for the issuance of a calendar or a date will be set by the Clerk. Counsel of record will be sent a notice by the Office of the Clerk, notifying them of the date, place and time of the settlement conference. Counsel in this case are directed to have their clients accompany them to the settlement conference.

Dated at New Haven, Connecticut, this 22nd day of October, 2003.

BY ORDER OF THE COURT

KEVIN F. ROWE, Clerk

By: *Betty J. Torday*
Betty J. Torday
Deputy Clerk

*SEE ATTACHED FOR ADDRESSES OF SPECIAL MASTERS

Special Master's

KEVIN A. COLES, ESQ.
COLES, BALDWIN & CRAFT
1261 POST RD.
FAIRFIELD, CT 06430

MICHAEL G. CLEAR, ESQ.
184 ATLANTIC ST.
P.O. BOX 3292
STAMFORD, CT 06905-0292