# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Allstate Insurance Co. a/s/o James F. Luce, Jr

vs.

Toastmaster, Inc.

**APPEARANCE**

CASE NUMBER: 303 CV 00604 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Allstate Insurance Co. a/s/o James F. Luce, Jr.

Date: 10/31/03

Connecticut Federal Bar Number: CT25168

Telephone Number: 860-292-1116

Fax Number: 860-292-1221

E-mail address: eloftus@sbcglobal.net

Signature

Print Clearly or Type Name: Erik Loftus, Esq.

Address: Two Concorde Way, PO Box 608, Windsor Locks, CT 06096

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Maureen Danehy Cox, Esq., CArmody & Torrance, LLP, 50 Leavenworth St., PO Box 1110, Waterbury, CT 06721-1110

Robert O. Lesley, Esq., Sonnenschein, Nath & Rosenthal, 4520 Main St., Suite 1100, Kansas City, MO 64111

David W. Smith, Esq., Cozen O'Connor, 1900 Market St., The Atrium, Philadelphia, PA 19103-3527

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001