# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ALLSTATE INSURANCE CO. a/s/o
JAMES F. LUCE, JR.

VS.

TOASTMASTER, INC.

**APPEARANCE**

FILED
DEC 11  3 47 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE NUMBER:**  303 CV 00604 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Allstate Insurance Co., a/s/o James F. Luce, Jr.

12/10/03
**Date**

CT05649
**Connecticut Federal Bar Number**

860-292-1116
**Telephone Number**

860-292-1221
**Fax Number**

_____
**E-mail address**

_[Signature]_
**Signature**

Justin J. Donnelly, Esq.
**Print Clearly or Type Name**

Two Concorde Way, PO Box 608
**Address**

Windsor Locks, CT  06096

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Maureen Danehy Cox, Esq., Carmody & Torrance LLP, 50 Leavenworth St., PO Box 1110, Waterury, CT  06721-1110

Robert O. Lesley, Esq., Sonnenschein, Nath & Rosenthal, 4520 Main St., Suite 1100, Kansas City, MO  64111

David W. Smith, Esq., Cozen O'Connor, 1900 Market St., THe Atrium, Philadelphia, PA 19103-3527

_[Signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001