# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Allstate Insurance

v.

Toastmaster Inc

CASE NO.: 3:03 cv 00604 JBA

FILED 2003 DEC 16
US DIST[...]

### PRELIMINARY or FINAL
### SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S): December 16, 2003

2. TRIAL ATTORNEYS PRESENT:
   - PLAINTIFF: David Smith, Justin Donnelly
   - DEFENDANT: Robert O. Lesley, Maureen Danehy Cox

3. PARTIES PRESENT:
   - Allstate — Bob Longobardi
   - Toastmaster — Larry Clark

4. CASE SETTLED: YES ___ NO X

5. FOLLOW UP CONFERENCE TO BE SCHEDULED: YES X NO ___

6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

7. COMMENTS: Parties need to complete Discovery and expert Depositions before they have further settlement discussions

_____ SPECIAL MASTER SIGNATURE
Michael Clear

_____ SPECIAL MASTER SIGNATURE
Kevin Coles

**THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE**

**A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED**

Rev. 06/01/98