IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT   FILED

Dec 19  9 05 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| ALLSTATE INSURANCE CO. a/s/o JAMES F. LUCE, JR. AND SIGURLIM LUCE, | : | |
| Plaintiffs | : | Case No. 303 CV 00604 JBA |
| v. | : | |
| TOASTMASTER INC., | : | December 9, 2003 |
| Defendant. | : | |

## NOTICE OF SERVICE OF
## SETTLEMENT CONFERENCE MEMORANDUM

The defendant, Toastmaster, Inc., by its counsel, hereby gives notice that on December 9, 2003, it served its settlement conference memorandum upon Kevin Coles, Esq. and Michael Clear, Esq., the special masters assigned to this matter.

CARMODY & TORRANCE, LLP
Attorneys for Defendant Toastmaster Inc.

By: _____
Maureen Danehy Cox
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600

ct 05499

Of Counsel
SONNENSCHEIN NATH & ROSENTHAL LLP
Robert O. Lesley
Brian W. Fields
Lynnette L. Siegel
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law    Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served by first-class mail, postage prepaid, on the 9th day of December, 2003, to:

Margaret Ralphs
LAW OFFICES OF STUART G. BLACKBURN
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Telephone: (860) 292-1116

David W. Smith
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2103

ATTORNEYS FOR PLAINTIFF

and

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert O. Lesley
Brian W. Fields
Lynnette L. Siegel
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400

_____
Maureen Danehy Cox

{W1279803}

2

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law         Post Office Box 1110
                         Waterbury, CT 06721-1110
                         Telephone: 203 573-1200