IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ALLSTATE INSURANCE CO. a/s/o<br>JAMES F. LUCE, JR. AND<br>SIGURLIM LUCE<br><br>           Plaintiffs<br>v.<br><br>TOASTMASTER INC.,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:   Case No. 303:CV 00604JBA<br>:<br>:<br>:   January 13, 2004<br>: |

## MOTION FOR EXTENSION OF TIME

The defendant, Toastmaster, Inc., hereby moves for an extension of time pursuant to Local Rule 7(b). By the motion, defendant seeks to extend several of the time limits relating to discovery. Defendant does **not** seek to extend the time limitations that have been established for filing dispositive motions, filing the joint pretrial memorandum, or trial readiness.

The undersigned defendant has consulted with plaintiff's counsel, who consents to this motion. This is the first motion for extension of time that has been filed by this party with respect to this time limitation.

The defendant makes this request because although the defendant noticed the depositions of the plaintiff's insureds, Sigurlim Luce and James F. Luce, Jr., on several occasions, those depositions did not go forward. Specifically, the defendant, with the agreement of plaintiff's counsel, David Smith, noticed the depositions of the Luces for December 10, 2003, well within the discovery deadline for deposing fact witnesses.

{W1283221}

CARMODY & TORRANCE LLP     50 Leavenworth Street
Attorneys at Law                           Post Office Box 1110
                                        Waterbury, CT 06721-1110
                                        Telephone: 203 573-1200

Unfortunately, plaintiff's counsel, Mr. Smith, became ill with the flu the day before the December 10 depositions and asked that the depositions be cancelled, which request the defendant agreed to. Thereafter, attempts to schedule the depositions of the Luces in the last week of December, and then on January 8, 2004, were unsuccessful due to the unavailability of either plaintiff's counsel or the proposed deponents. Because the defendant wanted to take the depositions of the homeowners/insureds before deposing plaintiff's expert, these scheduling problems led to this request.

Specifically, the defendant requests that the deadlines be extended as follows:

1. That the deadline for deposing fact witnesses be extended from January 2, 2004 until February 2, 2004;

2. That the deadline for deposing plaintiff's experts be extended from January 2, 2004 to February 10, 2004;

3. That the deadline for disclosing defense experts be extended from February 1, 2004 to February 20, 2004; and

4. That the deadline for deposing defense experts be extended from March 1, 2004 to March 10, 2004.

The defendant also notes that the court has scheduled a status conference for February 2, 2004, with status reports due January 27, 2004. Defendant plans to attend the status conference as scheduled, but brings it to the Court's attention to the extent it is relevant to this motion.

2

{W1283221}

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

CARMODY & TORRANCE, LLP
Attorneys for Defendant Toastmaster Inc.

By: _____
Maureen Danehy Cox (ct05499)
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600

*Of Counsel*
SONNENSCHEIN NATH & ROSENTHAL
Robert O. Lesley
Brian W. Fields
Lynnette L. Siegel
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

3

{W1283221}

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law         Post Office Box 1110
                         Waterbury, CT 06721-1110
                         Telephone: 203 573-1200

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing document was served by first-class mail, postage prepaid, on the 12th day of November, 2003, addressed to:

Margaret Ralphs
LAW OFFICES OF STUART G. BLACKBURN
Two Concorde Way
P.O. Box 608
Windsor Locks, CT  06096
Telephone: (860) 292-1116

and

David W. Smith
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
Telephone: (215) 665-2103

ATTORNEYS FOR PLAINTIFF

_____
Attorney for Defendant

4

{W1283221}

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200