UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 26  8 35 AM '04

ALLSTATE                        :

v.                              :    NO. 3:03cv604 (JBA)

TOASTMASTER                     :

### ENDORSEMENT ORDER [DOC. #25]

Defendant's Motion for Extension of Time [doc. #25] is GRANTED, with consent, as follows:

1. All discovery will be completed 3/10/04, as follows: Plaintiff's expert reports will be served by 2/2/04; and will be deposed by 2/10/04. Defendants' expert reports will be served by 2/20/04; and will be deposed by 3/10/04.

2. The parties' status conference set down for 2/2/04 at 3:30 p.m. remains unchanged.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    January 20, 2004