IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALLSTATE INSURANCE CO. a/s/o  :
JAMES F. LUCE, JR. AND         :
SIGURLIM LUCE                  :
                               :
        Plaintiffs             :   Case No. 303 CV 00604JBA
v.                             :
                               :
TOASTMASTER INC.,              :
                               :   January 26, 2004
        Defendant.             :

### STATUS REPORT OF THE DEFENDANT TOASTMASTER INC.

The defendant, Toastmaster Inc., hereby sets forth the status of the case:

**(A)    The status of the case.**

By motion dated January 13, 2004, the defendant moved for an extension of several of the discovery deadlines entered in the case. The aforesaid motion was necessary because although the defendant noticed the depositions of the plaintiff's insureds, Sigurlim Luce and James F. Luce, Jr., on several occasions, those depositions did not go forward. Because the defendant wanted to take the depositions of the homeowners/insureds before deposing plaintiff's expert, these scheduling problems led to this request. The court has not yet ruled on the motion.

The depositions of plaintiff's insureds are currently scheduled for January 30, 2004; the deposition of plaintiff's expert is scheduled for February 18, 2004. When the motion for extension of time was filed, plaintiff's counsel had agreed that plaintiff's expert would be available for deposition on or before February 10, 2004, which left a severely

{W1284313;2}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

truncated, but achievable, timetable for defendant to disclose its expert. Now that plaintiff has not made its expert available until February 18, 2004, the defendant anticipates asking the court for further revisions of the scheduling order.

**(B)    Referral for settlement purposes.**

The case was assigned to special masters Michael Clear and Kevin Coles who mediated the case on December 16, 2004. The special masters offered to schedule a second mediation session at a later date if the parties thought it might be beneficial. The defendant believes that a second referral to the aforesaid special masters after April 1, 2004 may be useful.

**(C)    Trial before a magistrate judge.**

The defendant does not consent to trial before a magistrate judge.

**(D)    The estimated time of trial.**

The defendant anticipates that the trial will take four days, exclusive of jury selection.

{W1284313;2}

2

CARMODY & TORRANCE LLP  50 Leavenworth Street
Attorneys at Law  Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

CARMODY & TORRANCE, LLP
Attorneys for Defendant Toastmaster Inc.

By: /s/ Isabella S. Murray
Maureen Danehy Cox (ct05499)
Isabella S. Murray (ct21224)
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600

*Of Counsel*
SONNENSCHEIN NATH & ROSENTHAL
Robert O. Lesley
Brian W. Fields
Lynnette L. Siegel
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

{W1284313;2}

3

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served by first-class mail, postage prepaid, on the 26th day of January, 2004, addressed to:

Margaret Ralphs
LAW OFFICES OF STUART G. BLACKBURN
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Telephone: (860) 292-1116

and

David W. Smith
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2103

ATTORNEYS FOR PLAINTIFF

*Isabella S. Murray*
Isabella S. Murray

{W1284313;2}

4

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200