UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ALLSTATE                          :

v.                                :      NO. 3:03cv604 **(JBA)**

TOASTMASTER                       :

## AMENDED SCHEDULING ORDER

Pursuant to the colloquy with counsel at the status conference held 2/2/04, the following amended schedule is ordered:

1.  All discovery will be competed by 3/22/04, as follows: Plaintiff's expert will be deposed by 2/12/04; Defendant's expert reports will be served by 3/8/04; and will be deposed by 3/22/04.

2.  Defendant's <u>Daubert</u> motion will be filed by 5/1/04 and this matter will be trial ready 11/01/04. The parties' Joint Trial Memorandum will be filed 21 days after ruling on dispositive motions.

3.  If no dispositive motion is filed, the parties' Joint Trial Memorandum will be due 5/1/504 and this matter will be deemed trial ready 7/1/04.

4.  The parties will schedule a follow-up settlement conference directly with the Special Masters.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:     <u>February 03, 2004</u>