IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
FEB 25  2 52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ALLSTATE INSURANCE CO. a/s/o JAMES F. LUCE, JR. AND SIGURLIM LUCE | : : : |
| Plaintiffs | : Case No. 303 CV 00604JBA |
| v. | : |
| TOASTMASTER INC., | : : February 24, 2004 |
| Defendant. | : |

### MOTION FOR PROTECTIVE ORDER

The defendant, Toastmaster Inc., moves that a protective order be issued in accordance with the attached Stipulated Protective Order.

CARMODY & TORRANCE, LLP
Attorneys for Defendant Toastmaster Inc.

By: _____
Maureen Danehy Cox (ct05499)
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600

*Of Counsel*
SONNENSCHEIN NATH & ROSENTHAL
Robert O. Lesley
Brian W. Fields
Lynnette L. Siegel
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

{W1289462}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

      I certify that a copy of the above and foregoing document was served by first-class mail, postage prepaid, on the 24th day of February, 2004, addressed to:

Margaret Ralphs
LAW OFFICES OF STUART G. BLACKBURN
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Telephone: (860) 292-1116

and

David W. Smith
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2103

ATTORNEYS FOR PLAINTIFF

                                                                          _____
                                                                          Maureen Danehy Cox

{W1289462}

2

CARMODY & TORRANCE LLP  50 Leavenworth Street
Attorneys at Law                    Post Office Box 1110
                                  Waterbury, CT 06721-1110
                                  Telephone: 203 573-1200