IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY a/s/o JAMES F. LUCE, JR., and SIGURLIM LUCE, | : : : : : |
| Plaintiffs, | : CIVIL ACTION NO. 303 CV 00604 (JBA) |
| v. | : Dated: May 3, 2004 |
| TOASTMASTER INC., | : : |
| Defendant. | : |

### DEFENDANT TOASTMASTER INC.'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF PLAINTIFFS' EXPERT WITNESS, FRED PAUL III, AND FOR SUMMARY JUDGMENT

Defendant, Toastmaster Inc. ("Toastmaster"), moves the Court to exclude testimony of Plaintiffs' expert witness, Fred Paul III ("Paul"), and for summary judgment. In support of its motion, Toastmaster submits the following:

1. Defendant Toastmaster Inc.'s Memorandum of Law in Support of Its Motion to Exclude Certain Testimony of Plaintiffs' Expert Witness, Fred Paul III, and for Summary Judgment; and

2. Defendant Toastmaster Inc.'s Local Rule 56(a)1 Statement in Support of its Motion to Exclude Certain Testimony of Plaintiffs' Expert Witness, Fred Paul III, and for Summary Judgment

Toastmaster seeks exclusion of Paul's testimony pursuant to F.R.E. 104(a) and 702 because his opinion testimony is not sufficiently reliable under the requirements

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

**ORAL ARGUMENT REQUESTED**

of *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

Further, Toastmaster moves the Court for summary judgment pursuant to Fed. R. Civ. P. 56. Opinion testimony from an expert is necessary to establish a plaintiff's *prima facie* case. Because Paul's testimony must be excluded, Plaintiffs cannot establish a *prima facie* case, and summary judgment is proper.

WHEREFORE, Toastmaster moves the Court to

1. Exclude the testimony of Plaintiffs' expert witness, Fred Paul III;

2. Dismiss Plaintiffs' complaint in its entirety; and

3. Grant Toastmaster such other and further relief as the Court deems necessary and proper.

Toastmaster requests oral argument on this motion.

Respectfully submitted,

CARMODY & TORRANCE, LLP
Attorneys for Defendant Toastmaster Inc.

By: _____
Maureen Danehy Cox (ct05499)
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

**ORAL ARGUMENT REQUESTED**

*Of Counsel*
SONNENSCHEIN NATH &
ROSENTHAL
Robert O. Lesley
Brian W. Fields
Lynnette L. Siegel
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

**ORAL ARGUMENT REQUESTED**

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served by first-class mail, postage prepaid, on the 3rd day of May, 2004, addressed to:

Margaret Ralphs
LAW OFFICES OF STUART G. BLACKBURN
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Telephone: (860) 292-1116

and

David W. Smith
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2103

ATTORNEYS FOR PLAINTIFF

_____
Attorney for Defendant

**ORAL ARGUMENT REQUESTED**