IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ALLSTATE INSURANCE COMPANY :
a/s/o JAMES F. LUCE, JR., and :
SIGURLIM LUCE :
          Plaintiff, :
           :
          v. : CIVIL ACTION NO.
           : 303 CV 00604 (JBA)
TOASTMASTER, INC., :
          Defendant. :

## PLAINTIFF'S ASSENTED TO MOTION FOR A BRIEF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On or about May 3, 2004, the defendant Toastmaster mailed to this Court a motion for summary judgment. The plaintiff Allstate Insurance Company files the current motion seeking a brief extension of time to oppose defendant's motion until Friday, June 4, 2004. The defendant has graciously granted its approval to the plaintiff for this brief one week extension. There have been no previous extensions sought in this matter, nor will this brief extension effect other deadlines in this case.

WHEREFORE, plaintiff respectfully requests that this Honorable Court grant this motion for an extension of time and permit the plaintiff to respond to defendant's motion for summary judgment by June 4, 2004.

Respectfully submitted,

David W. Smith, Esquire
Federal ID No. ct24798
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tele: (215) 665-2103
Attorneys for Plaintiff Allstate Insurance Company

**LOCAL COUNSEL:**
Stuart G. Blackburn, Esquire
Federal ID No. ct14251
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tele:   (860) 292-1116

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing document was served by first-class mail, postage prepaid on the 24th day of May 2004, addressed to:

>Brian W. Fields, Esquire
>Sonnenschein, Nath & Rosenthal
>4520 Main Street
>Suite 1100
>Kansas City, MO  64111
>
>Maureen Denehy Cox, Esquire
>Carmody & Torrance, LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT  06721

_____
David W. Smith, Esquire