**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ALLSTATE** | : | |
| **v.** | : | **NO. 3:03cv604 (JBA)** |
| **TOASTMASTER** | : | |

### ENDORSEMENT ORDER [DOC. #34]

Motion for Extension of Time [doc. #34] is GRANTED, with consent, to and including 6/4/04.

IT IS SO ORDERED.

_____                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **June 01, 2004**