IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>a/s/o JAMES F. LUCE, JR., and<br>SIGURLIM LUCE<br>        Plaintiff, | :<br>:<br>:<br>: | |
| v. | : | CIVIL ACTION NO.<br>303 CV 00604 (JBA) |
| TOASTMASTER, INC.,<br>        Defendant. | :<br>: | |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE AND FOR SUMMARY JUDGMENT

Plaintiff Allstate Insurance Company as subrogee of James and Sigurlim Luce hereby opposes defendant's motion to exclude certain testimony of plaintiff's expert witness and defendant's motion for summary judgment. In support of this opposition, plaintiff submits the following:

1. Plaintiff's Memorandum of Law in Opposition; and

2. Plaintiff's Local Rule 56(a)1 Statement.

To the extent that Mr. Paul's testimony is both relevant and reliable under Daubert, the defendant's motion should be denied. At a minimum, the motion to exclude should be stayed pending a Daubert hearing at the time of trial.

Moreover, even if this Court were to grant defendant's motion to exclude, summary judgment is not appropriate where Allstate can prove a product defect through circumstantial evidence of a product malfunction. Liberty Mutual Insurance Company v. Sears, Roebuck and Company, 35 Conn. Supp. 687, 406 A.2d 1254 (1979). Defendant's motion for summary

judgment should be denied where the circumstantial evidence in this case is sufficient to present a jury question.

WHEREFORE, plaintiff respectfully requests that this Honorable Court deny defendant's motions.

Respectfully submitted,

COZEN O'CONNOR

By: _____
David W. Smith, Esquire
Federal ID No. ct24798
1900 Market Street
Philadelphia, PA 19103
Tele: (215) 665-2103
Attorneys for Plaintiff
Allstate Insurance Company