**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALLSTATE INSURANCE CO. a/s/o | : | CIVIL ACTION NO. |
| JAMES F. LUCE, JR., AND SIGURLIM LUCE | : | 303 CV 00604 (JBA) |
| vs. | : | |
| | : | **APPEARANCE** |
| TOASTMASTER, INCORPORATION. | : | |

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7(b) please enter my appearance as

counsel in this case for ALLSTATE INSURANCE COMPANY, a/s/o JAMES F.

LUCE, JR. AND SIGURLIM LUCE.

BY:

Stuart G. Blackburn, Esq.
Law Offices of
Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax. (860) 292-1221
CT# 00686

Dated: June 23, 2004

## **CERTIFICATION**

I hereby certify that a copy of the foregoing APPEARANCE have been mailed on this 23rd day of June, 2004 postage prepaid, first class mail, to the following:

Isabella S. Murray, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
P. O. 1110
Waterbury, CT  06721-1110

Robert O. Lesley, Esq.
Sonnenschein, Nath & Rosenthal
4520 Main St.,Suite 1100
Kansas City, MO 64111

_____
Stuart G. Blackburn, Esq.

OF COUNSEL:

David W. Smith, Esq.
Cozen O'Connor
1900 Market St. – The Atrium
Philadelphia, PA  19103-3527