UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ALLSTATE** | : |
| **v.** | :   NO. 3:03cv604 (JBA) |
| **TOASTMASTER** | : |

**ENDORSEMENT ORDER [DOC. #31-1, #31-2] & SCHEDULING ORDER**

For the reasons stated in open court this date, the Defendant's Motion to Exclude Certain Testimony of Plaintiffs' Expert Witness Fred Paul III [doc. #31-1] is GRANTED in part and DENIED in part.  The Defendant's Motion for Summary Judgment [doc. #31-2] is DENIED.

The following schedule is hereby ordered:

1. The parties' Joint Trial Memorandum will be filed 3/4/05 [instructions attached].

2. A pre-trial conference will be held in Chambers Room 118 on 4/5/05 at 2:30 p.m.

3. Jury Selection will be held in Courtroom Two on 4/6/05 at 9:00 a.m. and trial will commence 5/16/05, 8:30 a.m. - 2:00 p.m. to and including 5/20/05.

4. The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference [see Order of Referral].

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:    January    , 2005**