**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ALLSTATE** | : | |
| **v.** | : | NO. 3:03cv604 (JBA) |
| **TOASTMASTER** | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling/Hearing:

✔ - Settlement conference:
   [*The parties are unavailable*: 2/28 through 3/30/05, and 4/25 through 5/4/05.  *The parties are available*: 1/26/05 through 2/20/05, and 3/30/05 through 4/25/05.]

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January     , 2005**