IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOASTMASTER, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>303 CV 00604 (JBA)<br><br>FEBRUARY 11, 2005 |

**APPLICATION TO BE EXCUSED FROM ATTENDANCE IN COURT**

Pursuant to local rule of Civil Procedure 83.1 (d), the undersigned respectfully requests that the court excuse his attendance in court for the trial of this matter scheduled to begin May 16, 2005. The court has previously granted the Pro Hac Vice Admission for David W. Smith, Esquire. Attorney Smith will be the Plaintiff's counsel.

Respectfully submitted,
Attorney for Plaintiff, Allstate Insurance Company,

BY _____
Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Telephone: (860) 292-1116
Telefax:    (860) 292-1221
Fed. ID No.: CT14251

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 303 CV 00604 (JBA) |
| TOASTMASTER, INC., | ) | |
| | ) | |
| Defendant. | ) | FEBRUARY 11, 2005 |

## O R D E R

The foregoing APPLICATION TO BE EXCUSED FROM ATTENDANCE IN COURT having been heard by this court, it is hereby so ordered:

**GRANTED/DENIED.**

By the Court,

_____
J/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing APPLICATION TO BE EXCUSED FROM ATTENDANCE IN COURT has been mailed on this 11th day of February, 2005 postage prepaid, first class mail, to the following:

Isabella S. Murray, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
P. O. 1110
Waterbury, CT  06721-1110

Robert O. Lesley, Esq.
Sonnenschein, Nath & Rosenthal
4520 Main St., Suite 1100
Kansas City, MO 64111

                                                 Stuart G. Blackburn, Esq.

OF COUNSEL:

David W. Smith, Esq.
Cozen O'Connor
1900 Market St. – The Atrium
Philadelphia, PA  19103-3527