UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Allstate Ins. Co.** | : | |
| | : | |
| **v.** | : | No. 3:03cv604 (JBA) |
| | : | |
| **Toastmaster, Inc.** | : | |

### Endorsement Order [Doc. # 45]

Counsel's Application to be Excused from Attendance in Court [Doc. # 45] is GRANTED.

IT IS SO ORDERED.

_____/s/_____

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 16th day of February 2005.**