UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ALLSTATE**                          :

**v.**                                : NO. 3:03cv604 (JBA)

**TOASTMASTER**                       :

**NOTICE TO COUNSEL**

    On 3/2/05, Attorney Cox reported the above-entitled case as settled.  Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.  Accordingly, an order of dismissal will be entered on 4/1/05 unless closing papers are filed on or before that date.

    The Court appreciates the parties' efforts in settling this matter.

                                 BY ORDER OF THE COURT,
                                 KEVIN F. ROWE, CLERK

                                 _____
                                 Betty Jean Torday
                                 Courtroom Deputy

**Dated at New Haven, Connecticut: March 3, 2005**