UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ALLSTATE** | : |
| **v.** | : NO. 3:03cv604 (JBA) |
| **TOASTMASTER** | : |

### ORDER OF DISMISSAL

A notice of proposed dismissal of the above-captioned action having been sent to counsel and parties of record on 3/1/05, pursuant to D. Conn. L. Civ. R. 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (30) days of such notice;

It is ORDERED that this action be and is hereby dismissed without costs to any party.

IT IS SO ORDERED

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: March 31, 2005**